UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT




U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 JAN 31 PM 4: 06

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>BRANDON MOSSMAN,       )<br>Defendant.        ) | Criminal No.<br><br>1:17-cr-9-1 |

## INFORMATION

### COUNT ONE

The United States Attorney charges that:

On or about April 21, 2016, in the District of Vermont, defendant BRANDON MOSSMAN knowingly possessed with intent to distribute heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

_____
ERIC S. MILLER (JAO)
United States Attorney
Burlington, Vermont
January 31, 2017