U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 JAN -2 PM 12: 31

CLERK

BY_____LAW_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 2:17-cr-09-01 |
| | ) |
| BRANDON MOSSMAN | ) |

### ORDER RELEASING COLLATERAL

On December 18, 2017, the above-named defendant, Brandon Mossman, was sentenced by the Court to a term of time served followed by a three year term of Supervised Release. It is hereby

**ORDERED** that the defendant's United States Passport currently being held by the Clerk, U.S. District Court in the above-entitled proceeding, be hereby released and returned to the defendant at:

> Robert L. Sussman, Esq.
> Behrens, Venman & Sussman, PLLC
> One Lawson Lane, Suite 140
> Burlington, VT 05401

Dated at Burlington, in the District of Vermont, this 2 day of January, 2018.

William K. Sessions III
U.S. District Judge

AO 72A
(Rev.8/82)